In Re: Condemnation by the Commonwealth of Pennsylvania Acting by and through the Department of General Services of the Properties of Ralph E. Gross et al. Paul Moyer, Jr. and Esther S. Moyer, his wife, Appellants.

Argued March 8, 1979, before Judges CRUMLISH, JR., BLATT and CRAIG, sitting as a panel of three.

*David J. Brightbill,* with him *Siegrist, Koller & Brightbill,* for appellants.

*H. Warren Ragot,* Assistant Attorney General, with him *Theodore A. Adler,* Chief Counsel, for appellees.

OPINION BY JUDGE BLATT, June 27, 1979:

Our review of the record reveals no abuse of discretion or error of law and Judge WALTER soundly reasoned his conclusion which we affirm. His opinion may be found at Civil Action No. 762, 1977, filed March 16, 1978.

### ORDER

AND Now, this 27th day of June, 1979, the order of the Court of Common Pleas of Lebanon County dated March 16, 1978, is affirmed.